NORTHERN ROCK ISLAND PLOW COMPANY, a Corporation, v. ANDREW JEPSON, Peter Jepson, P. A. Lyngstad, and all other persons Unknown, Claiming Any Interest or Estate in, or Lien or Encumbrance upon the Property Described in the Complaint, and Their Unknown Heirs.

(147 N. W. 729.)

Opinion filed May 20, 1914.

Appeal from the District Court of Adams County, *Crawford, J.* Dismissed.

*Blaisdell, Murphy, & Blaisdell,* Minot, N. D., and *E. C. Wilson,* Hettinger, N. D., for appellant.

*Boehm & Jackson,* Hettinger, N. D., for respondents.

PER CURIAM. This appeal is from an order of the trial court canceling of record *lis pendens* filed in the case of the Northern Rock Island Plow Co. v. Jepson, ante, 25, 147 N. W. 728, just decided by this court. As the original action has been affirmed, the question whether the *lis pendens* was wrongfully discharged becomes immaterial and moot, and the appeal is accordingly dismissed.